
AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Arcara, Richard J. | **2. Court or Organization**<br><br>U.S. District Court W.D.N.Y. | **3. Date of Report**<br><br>5/12/2011 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U.S. District Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2010<br>to<br>12/31/2010 |
| **7. Chambers or Office Address**<br><br>68 Court Street, Room 609<br>Buffalo, New York 14202 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Arcara, Richard J.**

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | AAA Western and Central New York Board Member - Stipend |
| 2. 2010 | Executive Dimensions - Salary |
| 3. 2010 | Health Now Board Member - Stipend |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/26 - 3/27/2010 | New York, NY | Attendance at Dinner | Reimbursement for lodging, meals, transportation for attendance at Annual Dinner in Honor of Federal Judiciary, N.Y. March 26 and 27, 2010 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash | | None | J | T | | | | | |
| 2. Tamarack Invt. Fds. Prime | A | Dividend | K | T | | | | | |
| 3. Aim Basic Value Fund C "(Y)" | | | | | | | | | |
| 4. AllianceBern Large Cap Growth A | | None | | | Sold | 01/22/10 | J | A | |
| 5. Allianz NFJ Dividend Val. Cl. C | A | Dividend | K | T | | | | | |
| 6. Davis NY Venture Fund | | None | | | Sold | 01/22/10 | J | A | |
| 7. DWS Dreman High Rtn Cl.C | | None | | | Sold | 01/22/10 | J | A | |
| 8. Fidelity Adv. New Insights Cl A | A | Dividend | K | T | | | | | |
| 9. Fidelity Adv New Insight C | | None | | | Sold | 01/22/10 | J | A | |
| 10. GS Core U.S. Equity-C | | None | | | Sold | 01/22/10 | K | A | |
| 11. Jennison-Growth Cl.A (Prudential Inv) | | None | K | T | | | | | |
| 12. Kinetics Paradigm Fund Cl C | | None | J | T | | | | | |
| 13. Royce Fund - PA | | None | K | T | | | | | |
| 14. Royce Fund - Total Return Con | | None | | | Sold | 01/22/10 | J | A | |
| 15. Europacific Growth Cl. A | A | Dividend | J | T | | | | | |
| 16. Putnam Intl Equity C | | None | | | Sold | 01/22/10 | J | A | |
| 17. Templeton Foreign A | A | Dividend | J | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)        F =$50,001 - $100,000        G =$100,001 - $1,000,000        H1 =$1,000,001 - $5,000,000        H2 =More than $5,000,000
2. Value Codes        J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)        N =$250,001 - $500,000        O =$500,001 - $1,000,000        P1 =$1,000,001 - $5,000,000        P2 =$5,000,001 - $25,000,000
        P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal        R =Cost (Real Estate Only)        S =Assessment        T =Cash Market
(See Column C2)        U =Book Value        V =Other        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Templeton Growth Cl. A | | None | | | Sold | 01/22/10 | K | A | |
| 19. Templeton Growth Cl. C | | None | | | Sold | 01/22/10 | J | A | |
| 20. Thornburg Intl Value Cl. A | A | Dividend | K | T | | | | | |
| 21. Eaton Vance High Income | B | Dividend | K | T | | | | | |
| 22. Goldman Sachs HY Cl. A | C | Dividend | K | T | | | | | |
| 23. Nuveen Multi-Strategy I & G | A | Dividend | J | T | | | | | |
| 24. Pimco High Income Fd. | B | Dividend | J | T | | | | | |
| 25. Ivy Asset Strat A | A | Dividend | K | T | | | | | |
| 26. Inesco Basic Value CL C | | None | J | T | Buy | 12/14/10 | J | | |
| 27. Legg Mason Capital Management | | None | K | T | Buy | 01/22/10 | K | | |
| 28. Goldman Sachs Broup Inc. 5.125% | | None | J | T | Buy | 10/26/10 | J | | |
| 29. Western Asseet High Yield | | None | K | T | Buy | 10/26/10 | K | | |
| 30. SLM Corp Ednotes | B | Int./Div. | K | T | Buy | 02/04/10 | K | | |
| 31. General Electric Cap SR | A | Int./Div. | K | T | Buy | 02/05/10 | K | | |
| 32. Bank Amer Corp | A | Int./Div. | K | T | Buy | 02/09/10 | K | | |
| 33. General Motors Accep,. Corp | | None | J | T | Buy | 12/17/10 | J | | |
| 34. Countrywide Home LN Class A11 | A | Int./Div. | J | T | Buy | 02/09/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CWALT Inc Class 1-A-10 | A | Int./Div. | J | T | Buy | 01/26/10 | J | | |
| 36. CHL Mortgage Pass Through | A | Int./Div. | K | T | Buy | 08/23/10 | K | | . |
| 37. Bank of America Fund Corp CL TA1B | A | Int./Div. | J | T | Buy | 02/02/10 | J | | |
| 38. JP Morgan Trust | A | Int./Div. | J | T | Buy | 09/14/10 | J | | |
| 39. Government National MTG Assn | A | Int./Div. | K | T | Buy | 03/28/10 | K | | |
| 40. Ford Motor Credit Corp Co. | A | Int./Div. | | | Sold | 09/20/10 | J | A | |
| 41. Wynn Las Vegas, LLC | B | Int./Div. | | | Sold | 09/03/10 | K | A | |
| 42. Tamarack Invt. Fds Prime | | None | J | T | | | | | |
| 43. AIM Charter - A "(Y)" | | | | | | | | | |
| 44. AllianceBern Large Cap Growth A | | None | | | Sold | 01/08/10 | J | A | |
| 45. DWS Dreman High Rtn. Fnd.A | | None | | | Sold | 01/07/10 | J | A | |
| 46. Fidelity Adv New Insight A | A | Dividend | J | T | | | | | |
| 47. Royce Fund - Total Return Con | A | Dividend | J | T | | | | | |
| 48. Royce Fund - PA | | None | J | T | | | | | |
| 49. New Perspective CL. A | A | Dividend | J | T | | | | | |
| 50. Templeton Growth A | | None | | | Sold | 01/07/10 | J | A | |
| 51. Invesco Charter Fund | A | Distribution | J | T | Buy | 12/14/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B=$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IVY FDS Inc. Growth | | None | J | T | Buy | 11/14/10 | J | | |
| 53. Legg Mason Capital | | None | J | T | Buy | 01/07/10 | J | | |
| 54. Black Rock Global CL C | A | Dividend | J | T | Buy | 01/07/10 | J | | |
| 55. IVY Asset Strategy CL C | | None | J | T | Buy | 01/07/10 | J | | |
| 56. Tamarack Invt. Fds. Prime | | None | L | T | | | | | |
| 57. Abbott Laboratories | A | Dividend | | | Sold | 01/22/10 | J | B | |
| 58. Cisco Systems | | None | | | Sold | 01/22/10 | J | A | |
| 59. Citigroup, Inc. | | None | J | T | | | | | |
| 60. Computer Task Group Inc. | | None | | | Sold | 01/22/10 | J | C | |
| 61. DuPont E I Nemours & Co | A | Dividend | | | Sold | 01/22/10 | J | A | |
| 62. Eastman Kodak | | None | | | Sold | 01/22/10 | J | A | |
| 63. Ebay Inc | | None | | | Sold | 01/22/10 | J | A | |
| 64. Fidelity Adv New Insight C | A | Dividend | K | T | | | | | |
| 65. Home Depot Inc. | A | Dividend | J | T | | | | | |
| 66. HSBC Holdings PLC | B | Dividend | J | T | | | | | |
| 67. JP Morgan US Large Ca; Core Plus C | | None | J | T | | | | | |
| 68. KeyCorp New | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Kinetics Mut Fnds Inc. | | None | J | T | | | | | |
| 70. Liberty Global Inc. A | | None | | | Sold | 01/22/10 | J | A | |
| 71. Liberty Global Inc. C | | None | | | Sold | 01/22/10 | J | A | |
| 72. Liberty Media Interactive A | | None | | | Sold | 01/22/10 | J | A | |
| 73. Liberty Media Hold - Cap Ser A | | None | | | Sold | 01/22/10 | J | A | |
| 74. M & T Bank Corp | B | Dividend | L | T | | | | | |
| 75. Paychex Inc. | | None | | | Sold | 01/22/10 | J | A | |
| 76. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 77. Prudential Finl Inc | B | Interest | K | T | | | | | |
| 78. Royce Fund - PA | | None | K | T | | | | | |
| 79. Tenet Healthcare Corp. | | None | | | Sold | 01/22/10 | J | B | |
| 80. Time Warner Inc. | | None | | | Sold | 01/22/10 | J | A | |
| 81. AlpineTotal Dynamic Div Fund | B | Dividend | J | T | | | | | |
| 82. Blackrock Intl Growth & Income Fund | B | Dividend | K | T | | | | | |
| 83. Cameco Corp. | A | Dividend | | | Sold | 01/22/10 | J | A | |
| 84. Eaton Vance Tax-Managed Global | B | Dividend | K | T | | | | | |
| 85. Templeton Growth C Franklin | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000.000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Blackrock Enhanced Gov't | A | Dividend | J | T | | | | | |
| 87. GMNA REMIC 2003-110-PC | A | Interest | J | T | | | | | |
| 88. Goldman Sachs Group, Inc. | A | Interest | | | Sold | 02/17/10 | K | B | |
| 89. FHLMC REMIC2864-A4 Lottery Bond | A | Interest | J | T | | | | | |
| 90. Residential Asset Sec 20 RAAC | A | Interest | J | T | | | | | |
| 91. FHLMC REMIC 3024-CD | A | Interest | | | Sold | 12/15/10 | J | A | |
| 92. Chase Mortgage FIN Tr 20 | B | Interest | K | T | | | | | |
| 93. CSMC Mtg-Bkd Pass Thru | A | Interest | K | T | | | | | |
| 94. Banc of America FDG Corp | A | Interest | J | T | | | | | |
| 95. Countrywide Capital V | B | Interest | J | T | | | | | |
| 96. Keycorp Capital IX | B | Interest | K | T | | | | | |
| 97. CBTCS for JC Penney Co | B | Int./Div. | J | T | | | | | |
| 98. Ivy Asset Strategy C | | None | K | T | | | | | |
| 99. Wells Fargo Mortgage Backed | A | Interest | J | T | | | | | |
| 100. Direct TV Class A | | None | | | Sold | 01/22/10 | J | B | |
| 101. DWS Strategic Fund Class C | | None | | | Sold | 01/22/10 | J | C | |
| 102. J Morgan MTG Trust | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. United States National Gas Fund | | None | J | T | | | | | |
| 104. CTS Treasury Cash (x) | | None | J | T | | | | | |
| 105. Countrywide Alt. Ln. Trust | | None | J | T | | | | | |
| 106. Legg Mason Capital Management | | None | K | T | Buy | 01/22/10 | K | | |
| 107. Euro Pac Growth Fund | A | Dividend | J | T | Buy | 01/22/10 | J | | |
| 108. General Motors Accep Corp | A | Int./Div. | J | T | Buy | 04/21/10 | J | | |
| 109. San Bernardino Cnty CA | | None | K | T | Buy | 02/16/10 | K | | |
| 110. SLM Corp | A | Int./Div. | J | T | Buy | 05/03/10 | J | | |
| 111. Lehman Mortgage Trust | A | Int./Div. | K | T | Buy | 04/22/10 | K | | |
| 112. Credit Suisse First Boston Mtg. | A | Int./Div. | J | T | Buy | 01/22/10 | J | | |
| 113. CitiMortgage Alt. Loan | A | Int./Div. | J | T | Buy | 04/26/10 | J | | |
| 114. BlackRock Global Allocation | A | Dividend | K | T | Buy | 01/22/10 | K | | |
| 115. Ford Motor Credit Co. | A | Int./Div. | | | Buy | 01/22/10 | J | | |
| 116. Ford Motor Credit Co. | A | Int./Div. | | | Sold | 12/20/10 | J | A | |
| 117. Tamarack Invt. Fds Prime | A | Dividend | J | T | | | | | |
| 118. Legg Mason Capital | | None | J | T | Buy | 03/17/10 | J | | |
| 119. Bank of America Corp | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Dominion Res. Inc. VA | A | Int./Div. | J | T | | | | | |
| 121. Citicorp Mortgage Securities | A | Int./Div. | J | T | Buy | 01/25/10 | J | | |
| 122. JP Morgan Mtg. Trust | A | Int./Div. | J | T | | | | | |
| 123. Wells Fargo Mtg Backed Securities | A | Int./Div. | J | T | | | J | | |
| 124. Black Rock NY Munl Income | B | Dividend | L | T | | | | | |
| 125. Invasco Van Kampen Tr Invt | A | Dividend | K | T | Buy | 06/30/10 | K | | |
| 126. Black rock Global Allocation | A | Dividend | J | T | Buy | 12/10/10 | J | | |
| 127. Ivy Asset Strategy Cl C | | None | J | T | Buy | 12/10/10 | J | | |
| 128. Pimco High Income Fund | B | Dividend | | | Sold | 03/31/10 | K | D | |
| 129. Rochester Funds Municipal CL C | B | Dividend | | | Sold | 12/17/10 | K | C | |
| 130. Van Kempen Trust | A | Dividend | | | Sold | 06/01/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. The assets listed in part VII, on lines 119, 121, 122, 124, 125, 128, 130, 131 and 132 were inadvertently omitted on the 2008 and 2009 Financial Disclosure Reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Richard J. Arcara**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544


# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Arcara, Richard J. | U.S. District Court W.D.N.Y. | 5/12/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 68 Court Street, Room 609<br>Buffalo, New York 14202 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | AAA Western and Central New York Board Member - Stipend |
| 2. 2010 | Executive Dimensions - Salary |
| 3. 2010 | Health Now Board Member - Stipend |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/26 - 3/27/2010 | New York, NY | Attendance at Dinner | Reimbursement for lodging, meals, transportation for attendance at Annual Dinner in Honor of Federal Judiciary, N.Y. March 26 and 27, 2010 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash | | None | J | T | | | | | |
| 2. Tamarack Invt. Fds. Prime | A | Dividend | K | T | | | | | |
| 3. Aim Basic Value Fund C "(Y)" | | | | | | | | | |
| 4. AllianceBern Large Cap Growth A | | None | | | Sold | 01/22/10 | J | A | |
| 5. Allianz NFJ Dividend Val. Cl. C | A | Dividend | K | T | | | | | |
| 6. Davis NY Venture Fund | | None | | | Sold | 01/22/10 | J | A | |
| 7. DWS Dreman High Rtn Cl.C | | None | | | Sold | 01/22/10 | J | A | |
| 8. Fidelity Adv. New Insights Cl A | A | Dividend | K | T | | | | | |
| 9. Fidelity Adv New Insight C | | None | | | Sold | 01/22/10 | J | A | |
| 10. GS Core U.S. Equity-C | | None | | | Sold | 01/22/10 | K | A | |
| 11. Jennison-Growth Cl.A (Prudential Inv) | | None | K | T | | | | | |
| 12. Kinetics Paradigm Fund Cl C | | None | J | T | | | | | |
| 13. Royce Fund - PA | | None | K | T | | | | | |
| 14. Royce Fund - Total Return Con | | None | | | Sold | 01/22/10 | J | A | |
| 15. Europacific Growth Cl. A | A | Dividend | J | T | | | | | |
| 16. Putnam Intl Equity C | | None | | | Sold | 01/22/10 | J | A | |
| 17. Templeton Foreign A | A | Dividend | J | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000          P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal          R =Cost (Real Estate Only)     S =Assessment          T =Cash Market
(See Column C2)     U =Book Value          V =Other          W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Templeton Growth Cl. A | | None | | | Sold | 01/22/10 | K | A | |
| 19. Templeton Growth Cl. C | | None | | | Sold | 01/22/10 | J | A | |
| 20. Thornburg Intl Value Cl. A | A | Dividend | K | T | | | | | |
| 21. Eaton Vance High Income | B | Dividend | K | T | | | | | |
| 22. Goldman Sachs HY Cl. A | C | Dividend | K | T | | | | | |
| 23. Nuveen Multi-Strategy I & G | A | Dividend | J | T | | | | | |
| 24. Pimco High Income Fd. | B | Dividend | J | T | | | | | |
| 25. Ivy Asset Strat A | A | Dividend | K | T | | | | | |
| 26. Inesco Basic Value CL C | | None | J | T | Buy | 12/14/10 | J | | |
| 27. Legg Mason Capital Management | | None | K | T | Buy | 01/22/10 | K | | |
| 28. Goldman Sachs Broup Inc. 5.125% | | None | J | T | Buy | 10/26/10 | J | | |
| 29. Western Asseet High Yield | | None | K | T | Buy | 10/26/10 | K | | |
| 30. SLM Corp Ednotes | B | Int./Div. | K | T | Buy | 02/04/10 | K | | |
| 31. General Electric Cap SR | A | Int./Div. | K | T | Buy | 02/05/10 | K | | |
| 32. Bank Amer Corp | A | Int./Div. | K | T | Buy | 02/09/10 | K | | |
| 33. General Motors Accep,. Corp | | None | J | T | Buy | 12/17/10 | J | | |
| 34. Countrywide Home LN Class A11 | A | Int./Div. | J | T | Buy | 02/09/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. CWALT Inc Class 1-A-10 | A | Int./Div. | J | T | Buy | 01/26/10 | J | | |
| 36. CHL Mortgage Pass Through | A | Int./Div. | K | T | Buy | 08/23/10 | K | | |
| 37. Bank of America Fund Corp CL TA1B | A | Int./Div. | J | T | Buy | 02/02/10 | J | | |
| 38. JP Morgan Trust | A | Int./Div. | J | T | Buy | 09/14/10 | J | | |
| 39. Government National MTG Assn | A | Int./Div. | K | T | Buy | 03/28/10 | K | | |
| 40. Ford Motor Credit Corp Co. | A | Int./Div. | | | Sold | 09/20/10 | J | A | |
| 41. Wynn Las Vegas, LLC | B | Int./Div. | | | Sold | 09/03/10 | K | A | |
| 42. Tamarack Invt. Fds Prime | | None | J | T | | | | | |
| 43. AIM Charter - A "(Y)" | | | | | | | | | |
| 44. AllianceBern Large Cap Growth A | | None | | | Sold | 01/08/10 | J | A | |
| 45. DWS Dreman High Rtn. Fnd.A | | None | | | Sold | 01/07/10 | J | A | |
| 46. Fidelity Adv New Insight A | A | Dividend | J | T | | | | | |
| 47. Royce Fund - Total Return Con | A | Dividend | J | T | | | | | |
| 48. Royce Fund - PA | | None | J | T | | | | | |
| 49. New Perspective CL. A | A | Dividend | J | T | | | | | |
| 50. Templeton Growth A | | None | | | Sold | 01/07/10 | J | A | |
| 51. Invesco Charter Fund | A | Distribution | J | T | Buy | 12/14/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | IVY FDS Inc. Growth | | None | J | T | Buy | 11/14/10 | J | | |
| 53. | Legg Mason Capital | | None | J | T | Buy | 01/07/10 | J | | |
| 54. | Black Rock Global CL C | A | Dividend | J | T | Buy | 01/07/10 | J | | |
| 55. | IVY Asset Strategy CL C | | None | J | T | Buy | 01/07/10 | J | | |
| 56. | Tamarack Invt. Fds. Prime | | None | L | T | | | | | |
| 57. | Abbott Laboratories | A | Dividend | | | Sold | 01/22/10 | J | B | |
| 58. | Cisco Systems | | None | | | Sold | 01/22/10 | J | A | |
| 59. | Citigroup, Inc. | | None | J | T | | | | | |
| 60. | Computer Task Group Inc. | | None | | | Sold | 01/22/10 | J | C | |
| 61. | DuPont E I Nemours & Co | A | Dividend | | | Sold | 01/22/10 | J | A | |
| 62. | Eastman Kodak | | None | | | Sold | 01/22/10 | J | A | |
| 63. | Ebay Inc | | None | | | Sold | 01/22/10 | J | A | |
| 64. | Fidelity Adv New Insight C | A | Dividend | K | T | | | | | |
| 65. | Home Depot Inc. | A | Dividend | J | T | | | | | |
| 66. | HSBC Holdings PLC | B | Dividend | J | T | | | | | |
| 67. | JP Morgan US Large Ca; Core Plus C | | None | J | T | | | | | |
| 68. | KeyCorp New | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Kinetics Mut Fnds Inc. | | None | J | T | | | | | |
| 70. Liberty Global Inc. A | | None | | | Sold | 01/22/10 | J | A | |
| 71. Liberty Global Inc. C | | None | | | Sold | 01/22/10 | J | A | |
| 72. Liberty Media Interactive A | | None | | | Sold | 01/22/10 | J | A | |
| 73. Liberty Media Hold - Cap Ser A | | None | | | Sold | 01/22/10 | J | A | |
| 74. M & T Bank Corp | B | Dividend | L | T | | | | | |
| 75. Paychex Inc. | | None | | | Sold | 01/22/10 | J | A | |
| 76. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 77. Prudential Finl Inc | B | Interest | K | T | | | | | |
| 78. Royce Fund - PA | | None | K | T | | | | | |
| 79. Tenet Healthcare Corp. | | None | | | Sold | 01/22/10 | J | B | |
| 80. Time Warner Inc. | | None | | | Sold | 01/22/10 | J | A | |
| 81. AlpineTotal Dynamic Div Fund | B | Dividend | J | T | | | | | |
| 82. Blackrock Intl Growth & Income Fund | B | Dividend | K | T | | | | | |
| 83. Cameco Corp. | A | Dividend | | | Sold | 01/22/10 | J | A | |
| 84. Eaton Vance Tax-Managed Global | B | Dividend | K | T | | | | | |
| 85. Templeton Growth C Franklin | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Blackrock Enhanced Gov't | A | Dividend | J | T | | | | | |
| 87. GMNA REMIC 2003-110-PC | A | Interest | J | T | | | | | |
| 88. Goldman Sachs Group, Inc. | A | Interest | | | Sold | 02/17/10 | K | B | |
| 89. FHLMC REMIC2864-A4 Lottery Bond | A | Interest | J | T | | | | | |
| 90. Residential Asset Sec 20 RAAC | A | Interest | J | T | | | | | |
| 91. FHLMC REMIC 3024-CD | A | Interest | | | Sold | 12/15/10 | J | A | |
| 92. Chase Mortgage FIN Tr 20 | B | Interest | K | T | | | | | |
| 93. CSMC Mtg-Bkd Pass Thru | A | Interest | K | T | | | | | |
| 94. Banc of America FDG Corp | A | Interest | J | T | | | | | |
| 95. Countrywide Capital V | B | Interest | J | T | | | | | |
| 96. Keycorp Capital IX | B | Interest | K | T | | | | | |
| 97. CBTCS for JC Penney Co | B | Int./Div. | J | T | | | | | |
| 98. Ivy Asset Strategy C | | None | K | T | | | | | |
| 99. Wells Fargo Mortgage Backed | A | Interest | J | T | | | | | |
| 100. Direct TV Class A | | None | | | Sold | 01/22/10 | J | B | |
| 101. DWS Strategic Fund Class C | | None | | | Sold | 01/22/10 | J | C | |
| 102. J Morgan MTG Trust | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. United States National Gas Fund | | None | J | T | | | | | |
| 104. CTS Treasury Cash (x) | | None | J | T | | | | | |
| 105. Countrywide Alt. Ln. Trust | | None | J | T | | | | | |
| 106. Legg Mason Capital Management | | None | K | T | Buy | 01/22/10 | K | | |
| 107. Euro Pac Growth Fund | A | Dividend | J | T | Buy | 01/22/10 | J | | |
| 108. General Motors Accep Corp | A | Int./Div. | J | T | Buy | 04/21/10 | J | | |
| 109. San Bernardino Cnty CA | | None | K | T | Buy | 02/16/10 | K | | |
| 110. SLM Corp | A | Int./Div. | J | T | Buy | 05/03/10 | J | | |
| 111. Lehman Mortgage Trust | A | Int./Div. | K | T | Buy | 04/22/10 | K | | |
| 112. Credit Suisse First Boston Mtg. | A | Int./Div. | J | T | Buy | 01/22/10 | J | | |
| 113. CitiMortgage Alt. Loan | A | Int./Div. | J | T | Buy | 04/26/10 | J | | |
| 114. BlackRock Global Allocation | A | Dividend | K | T | Buy | 01/22/10 | K | | |
| 115. Ford Motor Credit Co. | A | Int./Div. | | | Buy | 01/22/10 | J | | |
| 116. Ford Motor Credit Co. | A | Int./Div. | | | Sold | 12/20/10 | J | A | |
| 117. Tamarack Invt. Fds Prime | A | Dividend | J | T | | | | | |
| 118. Legg Mason Capital | | None | J | T | Buy | 03/17/10 | J | | |
| 119. Bank of America Corp | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Dominion Res. Inc. VA | A | Int./Div. | J | T | | | | | |
| 121. Citicorp Mortgage Securities | A | Int./Div. | J | T | Buy | 01/25/10 | J | | |
| 122. JP Morgan Mtg. Trust | A | Int./Div. | J | T | | | | | |
| 123. Wells Fargo Mtg Backed Securities | A | Int./Div. | J | T | | | J | | |
| 124. Black Rock NY Munl Income | B | Dividend | L | T | | | | | |
| 125. Invasco Van Kampen Tr Invt | A | Dividend | K | T | Buy | 06/30/10 | K | | |
| 126. Black rock Global Allocation | A | Dividend | J | T | Buy | 12/10/10 | J | | |
| 127. Ivy Asset Strategy Cl C | | None | J | T | Buy | 12/10/10 | J | | |
| 128. Pimco High Income Fund | B | Dividend | | | Sold | 03/31/10 | K | D | |
| 129. Rochester Funds Municipal CL C | B | Dividend | | | Sold | 12/17/10 | K | C | |
| 130. Van Kempen Trust | A | Dividend | | | Sold | 06/01/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arcara, Richard J. | 5/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. The assets listed in part VII, on lines 119, 121, 122, 124, 125, 128, 130, 131 and 132 were inadvertently omitted on the 2008 and 2009 Financial Disclosure Reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Richard J. Arcara**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544